| United States Bankruptcy Court<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bruces Gourmet Cafe Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>DBA Bruce's Restaurant & Bakery | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>27-2490713 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>585 6th Avenue<br>New York, NY<br>ZIP Code 10011-2004 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☑ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bruces Gourmet Cafe Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| # Voluntary Petition | Name of Debtor(s):<br>  Bruces Gourmet Cafe Inc. |
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

**X**  /s/ Jonathan S. Pasternak
_____
  Signature of Attorney for Debtor(s)

  Jonathan S. Pasternak
_____
  Printed Name of Attorney for Debtor(s)

  Rattet Pasternak, LLP
_____
  Firm Name
  550 Mamaroneck Avenue
  Suite 510
  Harrison, NY 10528
_____
  Address

  (914) 381-7400  Fax: (914) 381-7406
_____
  Telephone Number
  May 24, 2011
_____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Bruce Zipes
_____
  Signature of Authorized Individual
  Bruce Zipes
_____
  Printed Name of Authorized Individual
  President
_____
  Title of Authorized Individual
  May 24, 2011
_____
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
  Address

**X** _____

_____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re    Bruces Gourmet Cafe Inc.

                                          Debtor(s)

Case No.

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Wassfam, LLC<br>c/o Newmark Knight Frank<br>125 Park Avenue<br>New York, NY 10018 | Wassfam, LLC<br>c/o Nemark Knight Frank<br>125 Park Avenue<br>New York, NY 10018 | Rental Arrears | Disputed | 54,854.11 |
| Blue Hill Construction<br>461 Gilbert Avenue<br>Pearl River, NY 10965 | Blue Hill Construction<br>461 Gilbert Avenue<br>Pearl River, NY 10965 | Contractor (Mechanic's Lien filed) | | 30,000.00 |
| GCS Computers, Inc.<br>266 West 37th Street<br>New York, NY 10018 | GCS Computers, Inc.<br>266 West 37th Street<br>New York, NY 10018 | POS Systems | | 17,723.30 |
| Standard International<br>16 Shortridge Drive<br>Mineola, NY 11501 | Standard International<br>16 Shortridge Drive<br>Mineola, NY 11501 | Telephone Security | | 11,000.00 |
| Con Ed<br>JAF Station<br>PO Box 1702<br>New York, NY 10116-1702 | Con Ed<br>JAF Station<br>PO Box 1702<br>New York, NY 10116-1702 | Utilities | Unliquidated | 10,000.00 |
| Arrow Produce<br>461 Railroad Avenue<br>Westbury, NY 11590 | Arrow Produce<br>461 Railroad Avenue<br>Westbury, NY 11590 | Vendor | | 7,300.00 |
| Daniel O'Conner<br>150 East 49th Street<br>Suite 1B<br>New York, NY 10017 | Daniel O'Conner<br>150 East 49th Street<br>Suite 1B<br>New York, NY 10017 | Architect | | 7,000.00 |
| Beyer Farms, Inc.<br>156-02 Liberty Avenue<br>Jamaica, NY 11433 | Beyer Farms, Inc.<br>156-02 Liberty Avenue<br>Jamaica, NY 11433 | Supplier | | 5,905.16 |
| Mancini Trading<br>86 Emjay Blvd<br>Brentwood, NY 11717 | Mancini Trading<br>86 Emjay Blvd<br>Brentwood, NY 11717 | Supplier | | 4,558.44 |
| Janowski's Hamburgers<br>15 South Long Beach Road<br>Rockville Centre, NY 11570 | Janowski's Hamburgers<br>15 South Long Beach Road<br>Rockville Centre, NY 11570 | Supplier | | 4,255.86 |
| D & A Refrigeration<br>2565 Tearsall<br>Bronx, NY 10469 | D & A Refrigeration<br>2565 Tearsall<br>Bronx, NY 10469 | Equipment Supplies | | 4,000.00 |

In re    Bruces Gourmet Cafe Inc.                                                Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| White Coffee Corp.<br>18-35 Steinway Place<br>Long Island City, NY 11105 | White Coffee Corp.<br>18-35 Steinway Place<br>Long Island City, NY 11105 | Supplier | | 3,781.01 |
| I.E.S.I. NY Corporation<br>330 7th Avenue<br>16th Floor<br>New York, NY 10001 | I.E.S.I. NY Corporation<br>330 7th Avenue<br>16th Floor<br>New York, NY 10001 | Garbage Removal | | 3,180.63 |
| Sign Select<br>125 13th Street<br>Brooklyn, NY 11215 | Sign Select<br>125 13th Street<br>Brooklyn, NY 11215 | Signage | | 3,000.00 |
| Nassau Provisions Kosher, Food<br>200 Albany Avenue<br>Freeport, NY 11520 | Nassau Provisions Kosher, Food<br>200 Albany Avenue<br>Freeport, NY 11520 | Supplier | | 2,193.51 |
| Jonathan Gaballe<br>11 Broadway<br>New York, NY 10001 | Jonathan Gaballe<br>11 Broadway<br>New York, NY 10001 | Attorney | | 2,000.00 |
| Paris Gourmet of New York<br>145 Grand Street<br>Carlstadt, NJ 07072 | Paris Gourmet of New York<br>145 Grand Street<br>Carlstadt, NJ 07072 | Supplier | | 1,191.31 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    May 24, 2011                              Signature    /s/ Bruce Zipes
                                                               Bruce Zipes
                                                               President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    Bruces Gourmet Cafe Inc.                      ,     Case No. _____

                                     Debtor

Chapter                11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bruce Zipes<br>34 Middle Neck Road<br>Great Neck, NY 11021 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May 24, 2011                Signature  /s/ Bruce Zipes

                                                        Bruce Zipes<br>                                                          President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re    Bruces Gourmet Cafe Inc.                        Case No. _____

                                           Debtor(s)         Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     May 24, 2011                      /s/ Bruce Zipes _____
                                         Bruce Zipes/President
                                         Signer/Title

ARROW PRODUCE
461 RAILROAD AVENUE
WESTBURY, NY 11590


BEYER FARMS, INC.
156-02 LIBERTY AVENUE
JAMAICA, NY 11433


BLUE HILL CONSTRUCTION
461 GILBERT AVENUE
PEARL RIVER, NY 10965


BRUCE ZIPES
BRUCE'S GREAT NECK
34 MIDDLE NECK ROAD
GREAT NECK, NY 11021


CON ED
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702


D & A REFRIGERATION
2565 TEARSALL
BRONX, NY 10469


DANIEL O'CONNER
150 EAST 49TH STREET
SUITE 1B
NEW YORK, NY 10017


GCS COMPUTERS, INC.
266 WEST 37TH STREET
NEW YORK, NY 10018


I.E.S.I. NY CORPORATION
330 7TH AVENUE
16TH FLOOR
NEW YORK, NY 10001


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JANOWSKI'S HAMBURGERS
15 SOUTH LONG BEACH ROAD
ROCKVILLE CENTRE, NY 11570


JEFFREY C.  ZIPES
20 FOXWOOD ROAD
GREAT NECK, NY 11024


JGCB, LLC
C/O NEWMARK KNIGHT FRANK
125 PARK AVENUE
NEW YORK, NY 10017


JONATHAN GABALLE
11 BROADWAY
NEW YORK, NY 10001


MANCINI TRADING
86 EMJAY BLVD
BRENTWOOD, NY 11717


MICHAEL MARATTO, ESQ.
ITKOWITZ & HARWOOD
305 BROADWAY, 7TH FLOOR
NEW YORK, NY 10007


MW 100-104 WEST 17TH STREETLLC
C/O NEWMARK KNIGHT FRANK
125 PARK AVENUE
NEW YORK, NY 10017


NASSAU PROVISIONS KOSHER, FOOD
200 ALBANY AVENUE
FREEPORT, NY 11520


NYC DEPARTMENTOF OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURE
P.O. BOX 5300
ALBANY, NY 12205

OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


PARIS GOURMET OF NEW YORK
145 GRAND STREET
CARLSTADT, NJ 07072


ROCHELLE KATCHER
8350 WEST DESERT INN ROAD
BUILDING 18, APT. 2117
LAS VEGAS, NV 89117


SHIRLEY DUBLER
2028 EAST COUNTRY CLUB DRIVE
APT. 1515
AVENTURA, FL 33180


SIGN SELECT
125 13TH STREET
BROOKLYN, NY 11215


STANDARD INTERNATIONAL
16 SHORTRIDGE DRIVE
MINEOLA, NY 11501


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


WASSFAM, LLC
C/O NEWMARK KNIGHT FRANK
125 PARK AVENUE
NEW YORK, NY 10018


WHITE COFFEE CORP.
18-35 STEINWAY PLACE
LONG ISLAND CITY, NY 11105