## Estimated Assets and Liabilities

Assets:

| | |
|---|---|
| Leasehold Interest and Equipment: | $200,000.00 |
| Security Deposit: | $ 75,000.00 |
| **Total:** | **$275,000.00** |

Liabilities:

| | |
|---|---|
| Rent Arrears: | $ 54,854.11 |
| Secured Equipment Lien: | $300,000.00 |
| Vendors and Suppliers: | $380,000.00 |
| **Total:** | **$734,854.11** |